## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 1656 | **DATE** | 3/22/2012 |
| **CASE TITLE** | Evans vs. NCO Financial Systems, Inc. | | |

**DOCKET ENTRY TEXT**

**Status Hearing set for 04/24/12 at 9:30 AM.**
**Plaintiff is directed to advise the defendant of the status hearing forthwith.** Parties are directed to discuss settlement of case, consent to proceed before the Magistrate Judge and a proposed discovery plan. See Judge Gottschall's civil case management information about pretrial case management procedures.
**This information is located on the website: http//www.ilnd.uscourts.gov.**

Docketing to mail notices.

| | Courtroom Deputy Initials: | rj/nnm |
|---|---|---|