# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Shirley Evans

                    Plaintiff,

v.                                        Case No.: 1:12–cv–01656

                                                   Honorable Joan B. Gottschall

NCO Financial Systems, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 30, 2012:

      MINUTE entry before Honorable Joan B. Gottschall: Pursuant to Notice of Voluntary Dismissal With Prejudice [8], this action is dismissed with prejudice. All pending dates are terminated as moot. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.